UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SSP SPRINGS, LLC, ET AL.,
                        Plaintiffs,

-v-

FIRST SPECIALTY INSURANCE CORP.,
                        Defendant.

21-CV-1125 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on February 9, 2021. Counsel for the plaintiffs are directed to file an appearance with this Court no later than February 23, 2021.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by February 18, 2021.

    SO ORDERED.

Dated: February 9, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge