UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SSP SPRINGS, LLC; SSP-720 CHAPMAN, LLC; SSP-260 N MURRAY, LLC; SSP-3815 LAKEHURST, LLC; SSP-1030 CHELTON, LLC; SSP-2713 ARLINGTON, LLC; SSP-4975 EL CAMINO, LLC; and SSP-2818 AIRPORT, LLC,

    Civil Action No.:
    1:21-cv-01125-JPO

           Plaintiffs,

v.

FIRST SPECIALTY INSURANCE CORP.,

           Defendant.
------------------------------------------------------------------------X

## ORDER

On March 10, 2021, the Parties to the above-referenced action filed a Stipulation to Remand the above-styled action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' Stipulation is GRANTED.

2. Southern District of New York case number 1:21-cv-01125-JPO is hereby remanded to New York Supreme Court under Index No. 652453/2020

SO ORDERED:

Dated: March 10, 2021

_____
J. PAUL OETKEN
United States District Judge